## NADINE M. CHANCE *v.* NOEL R. CHANCE
### (AC 35229)

Gruendel, Lavine and Alvord, Js.

Submitted on briefs January 22—officially released February 25, 2014

Defendant's appeal from the Superior Court in the judicial district of Litchfield, *Danaher, J.; Trombley, J.*

Per Curiam. The judgment is affirmed.

## ANTHONY JOHNSON *v.* COMMISSIONER OF CORRECTION
### (AC 35273)

Lavine, Keller and Borden, Js.

Argued February 7—officially released March 4, 2014

Petitioner's appeal from the Superior Court in the judicial district of Tolland, *Mullarkey, J.*

Per Curiam. The appeal is dismissed.

## ALAN C. HALL *v.* COMMISSIONER OF CORRECTION
### (AC 34647)

Beach, Keller and Borden, Js.

Argued February 11—officially released March 11, 2014

Petitioner's appeal from the Superior Court in the judicial district of Tolland, *Newson, J.*

Per Curiam. The judgment is affirmed.